

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-15-00695-CV

John M. **DONOHUE**,
Appellant

v.

Sergeant Jose **HERNANDEZ**, Deputy Matt Krueger, Deputy Birdie Tyler, and Denise Martinez,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellee Denise Martinez's brief was originally due to be filed on March 21, 2016. Appellee Denise Martinez's first motion for extension of time was granted, extending the deadline for filing the brief to April 20, 2016.[1]  The brief has not been filed.  It is therefore ORDERED that appellee Denise Martinez's brief be filed no later than May 10, 2016, or the case will be set "at issue" and will be submitted without an appellee's brief filed by appellee Denise Martinez.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

Keith E. Hottle
Clerk of Court

---

[1] The appellees' brief for the other appellees was filed on April 20, 2016.